# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00667-CV

**Andrew LeMaster, Appellant**

**v.**

**Source1 Solutions and Dana Richie, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-05-003905, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Andrew LeMaster filed his notice of appeal on November 1, 2006. Since that filing, appellant sought and received four extensions of time to file his appellant's brief. On May 15, 2007, we granted his fourth and final motion, ordering the brief filed no later than May 29. We cautioned appellant that if his brief was not timely filed, the appeal *would be dismissed*. To date, appellant has not filed his brief. Therefore, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b); *see also* Tex. R. App. P. 42.3(c) (dismissal for failure to comply with rules or court order).

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: June 15, 2007